UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
FILED
OCT 10 2003
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br><br>COMMONWEALTH OF KENTUCKY,<br><br>*Plaintiffs,*<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC., and<br><br>SOUTHERN BELLE DAIRY CO., LLC,<br><br>*Defendants.* | Civil Action No.: 03-206-KSF |

### JOINT MOTION TO MODIFY
### THE COURT'S AUGUST 13, 2003
### SCHEDULING ORDER

Plaintiffs United States of America and Commonwealth of Kentucky, and Defendants Dairy Farmers of America, Inc. and Southern Belle Dairy Co., LLC jointly move the Court to modify its Scheduling Order of August 13, 2003 as follows:

1.  The deadline in Paragraph 1 for disclosure of expert witnesses and submission of their written reports of December 30, 2003 **be changed to March 26, 2004**.

2.  The deadline in Paragraph 2 for all pretrial discovery of March 30, 2004 **be changed to April 30, 2004.**

3.  The deadline in Paragraph 3 for filing of all dispositive motions of April 30, 2004 **be changed to May 28, 2004.**

4.    In addition, the parties jointly request that the Court waive the deposition limit set forth in the Federal Rules of Civil Procedure at Rule 30 and permit each party to depose up to 25 witnesses.

In support of this Motion, the parties state that the 30-day adjustment of the discovery deadline is to avoid conflicts arising from other trials and spring break which adversely impact the last two months of the previous discovery deadline. Accordingly, the dispositive motion deadline has been moved approximately 30 days.

The proposed adjustment of the deadline for expert reports from December 30, 2003 until March 26, 2004 is to move the reports nearer the end of the discovery phase. Due to the nature of the case, it will be necessary for the expert witnesses to review factual information in compiling their reports. Much of that information will be derived from the discovery in this matter. Accordingly, for the sake of efficiencies and to make the reports helpful to the Court, the parties believe that such an adjustment is prudent. None of the above adjustments of the deadlines will require an alteration of either the pretrial conference date or the trial date in this matter.

With regard to the request for additional depositions, over 200 potential witnesses have already been identified in the various initial disclosures and preliminary discovery and the parties are in the process of scheduling times to take the necessary discovery. Many of these depositions may require little time, but will still count as a deposition against the 10-deposition limit provided by Rule 30 of the Federal Rules of Civil Procedure. In addition, approximately 100 school districts are involved as a result of the allegations set forth in the Complaint and so numerous depositions are likely.

Accordingly, the parties jointly move the Court to modify the August 13, 2003 Scheduling Order as outlined above.

Respectfully submitted,

*/s/ David A. Owen*

David A. Owen
Theodore R. Martin
Greenebaum Doll & McDonald PLLC
300 West Vine Street, Ste. 1100
Lexington, Kentucky 40507
Telephone: 859/288-4663
Facsimile: 859/255-2742

W. Todd Miller
Baker & Miller PLLC
915 15th Street, N.W. Suite 1000
Washington, D.C. 20005-2318
Telephone: 202/637-9499
Facsimile: 202/637-9394
Counsel for Defendant
Dairy Farmers of America, Inc.

*/s/ John R. Read by DAO per authorization*

John R. Read
J.D. Donaldson
U.S. Department of Justice
Antitrust Division
Litigation I Section
1401 H Street, N.W.
Suite 4000
Washington, D.C. 20530
Telephone: 202/307-0001
Facsimile: 202/307-5802
Counsel for Plaintiff
United States of America

_____ by DAD per authorization
David Vandeventer
Commonwealth of Kentucky
Office of the Attorney General
1024 Capital Center Drive
Frankfort, Kentucky 40601
Telephone: 502/696-5300
Counsel for Plaintiff
Commonwealth of Kentucky

_____ by DAD per authorization
Charles E. Shivel, Jr.
Samuel D. Hinkle, IV
Anthony J. Phelps
Stoll, Keenon & Park, LLP
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Telephone: 859/231-3039
Facsimile: 859/253-1093
Counsel for Southern Belle Dairy Co., LLC

LEX:631897.1