UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
**FILED**

OCT 2 8 2003

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 03-206 - KSF

UNITED STATES OF AMERICA             PLAINTIFFS
COMMONWEALTH OF KENTUCKY

VS.                   - ORDER -

DAIRY FARMERS OF AMERICA, INC.        DEFENDANTS
SOUTHERN BELLE DAIRY CO., LLC

\*\*\*\*\*\*\*

The parties having filed a Joint Motion to Modify the Court's August 13, 2003, Scheduling Order, and the Court having considered same, and being sufficiently advised;

IT IS NOW THEREFORE ORDERED HEREIN AS FOLLOWS:

(1)     That the Joint Motion to Modify the Court's August 13, 2003, Scheduling Order is GRANTED.

(2)     That the deadline in Paragraph 1 for disclosure of expert witnesses and submission of written reports is extended from December 30, 2003, to MARCH 26, 2004.

(3)     That the deadline in Paragraph 2 for completion of all pretrial discovery is extended from March 30, 2004, to APRIL 30, 2004.

(4) That the deadline in Paragraph 3 for filing of all dispositive motions is extended from April 30, 2004, to MAY 28, 2004.

(5) That the Court waives the deposition limit set forth in the Federal Rules of Civil Procedure at Rule 30 and the parties may be permitted to depose up to twenty-five (25) witnesses.

This the 27 day of October, 2003.

_____
KARL S. FORESTER, CHIEF JUDGE