UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAIRY FARMERS OF AMERICA, INC., et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 6:03-206-KSF |

## ORDER

Plaintiffs' Motion for Leave to File Amended Complaint is hereby GRANTED.

It is so ordered.

_____            _____
Dated                                                                        Karl S. Forester, Chief Judge