## **EXHIBIT A**

## **PLAINTIFF UNITED STATES' SUBPOENA TO CARL D. HERBEIN**

### I. DOCUMENTS REQUESTED

1. A listing of all publications authored by you within the preceding ten years and copies of all items on that publications list.

2. A listing of all other cases or matters in which you have testified as an expert at trial or by deposition within the preceding ten years, as well as copies of all reports, depositions, trial testimony, declarations, affidavits, and related materials from such cases.

3. A listing of all speeches and presentations regarding raw, fluid, or school milk within the preceding ten years, as well as copies of the text of those speeches and presentations and all related materials.

4. All correspondence, memoranda, articles, notes, reports, computer simulations and reports, computer generated data and reports, studies, test results, charts, photographs, graphs or other documents, written material or computerized media (excluding drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts) that you have received from or sent to any person, excluding attorneys, relating to this case or relating to any opinions rendered in this case.

5. Notes, memoranda or other written documents of telephone conversations which you have had with other experts or other individuals with whom you have consulted relating to your opinions concerning this case (excluding drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts).

6. Notes made by you in reviewing or analyzing materials and preparing your evaluation or opinions for this case. This would include any written research or memoranda and/or any written or oral reports reviewed. This would not include drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts.

7. Copies of all written materials, notes, memoranda, tests, test results, videotape or film, photographs, computerized data or information, examinations or other material reviewed by you in preparation of your opinions or in preparation of your report (excluding the actual drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts).

8. Any and all documents, photographs, videotapes or computerized media (excluding drafts of reports, exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts) which support your findings, conclusions, opinions or testimony or that you rely on as a basis for your findings, conclusions, opinions or testimony.

9. Your entire file with respect to the subject matter of this litigation, including but not limited to all material created by you and items not specifically listed herein. This does not include drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts.

10. All literature and other materials (excluding drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts) that you have reviewed which provided you with information upon which you rely for your opinions in this case.

11. Any and all documents which refer to, relate to, or evidence your billings or the time you or others, including any person(s) assisting you or working under your direction, have spent on this case.

12. Any and all documents, including but not limited to letters and reviewers' comments, that in any way assess, review, evaluate, critique or criticize any of your published or unpublished studies, research, reports or other work. This does not include drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts.

13. Any and all documentation relating to analysis done for this case and any and all materials

relied on in this case which have not been requested herein. This does not include drafts of reports, drafts of exhibits and attachments to reports, and written communications with attorneys regarding your report, exhibits and attachments to your report, or their drafts.

## II. DEFINITIONS

1. With respect to requests #1 and #2, the term "you" refers to Carl Herbein.
2. With respect to requests #3-#13, the term "you" includes Carl Herbein, Herbein Consulting, Inc., Herbein & Company, Inc., and those colleagues, research assistants and any other groups, individuals, or entities working with you in preparing for this case.

3